## State of New York
## Supreme Court, Appellate Division
## Third Judicial Department

Decided and Entered:  November 6, 2014                518871
_____

In the Matter of KEVIN
    TOWNSEND,
                    Petitioner,

        v                                    MEMORANDUM AND JUDGMENT

MICHAEL CAPRA, as Superintendent
    of Sing Sing Correctional
    Facility, et al.,
                    Respondents.
_____

Calendar Date:   September 16, 2014

Before:  Stein, J.P., Garry, Rose, Lynch and Devine, JJ.

_____

        Kevin Townsend, Dannemora, petitioner pro se.

        Eric T. Schneiderman, Attorney General, Albany (Peter H. Schiff of counsel), for respondents.

_____

        Proceeding pursuant to CPLR article 78 (transferred to this Court by order of the Supreme Court, entered in Albany County) to review a determination of respondent Commissioner of Corrections and Community Supervision which found petitioner guilty of violating certain prison disciplinary rules.

        Determination confirmed.  No opinion.

        Stein, J.P., Garry, Rose, Lynch and Devine, JJ., concur.

ADJUDGED that the determination is confirmed, without costs, and petition dismissed.

ENTER:

Robert D. Mayberger
Clerk of the Court